1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| DESHA M. CARTER, | ) | 1: 05 CV F-0211 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT USM-285 FORMS |
| v. | ) | |
| | ) | |
| D. ADKINSON, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983.  Pending before the Court is Plaintiff's amended complaint filed March 7, 2005.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

The amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).     Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

D. Adkinson

2. The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an instruction sheet and a copy of the amended complaint filed March 7, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice

1   of Submission of Documents and submit the completed Notice to the court with the following

2   documents:

3                                    a. Completed summons;

4                                    b.  One completed USM-285 form for each defendant listed above; and

5                                    c. Two (2) copies of the endorsed amended complaint filed March 7, 2005.

6           4.  Plaintiff need not attempt service on defendant and need not request waiver of service.

7   Upon receipt of the above-described documents, the court will direct the United States Marshal to

8   serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of

9   costs.

10          5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of

11  this action.  Local Rule 11-110.

12

13          IT IS SO ORDERED.

14  **Dated:    June 10, 2005**                              **/s/ Dennis L. Beck**
    3b142a                                      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28