BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6453
  Fax: (916) 324-5205

Attorneys for Defendant Adkinson
SA2005301174

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DESHA CARTER,** | CIV F 05-0211 OWW DLB P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **D. ADKINSON,** | |
| Defendant. | |

   The Court, having considered defendant's request for an extension of time to file his responsive pleading, and good cause having been found.

   **IT IS HEREBY ORDERED**: Defendant's responsive pleading shall be filed on or before November 3, 2005.

   IT IS SO ORDERED.

   Dated:   October 5, 2005                    /s/ Dennis L. Beck
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Request for Extension of Time to File Responsive Pleading

1