IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DESHA CARTER,** | CASE NO. CIV F 05-0211 OWW DLB P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **D. ADKINSON,** | |
| Defendant. | |

The Court, having considered Defendant's request for an extension of time to file a responsive pleading, and good cause having been found.

IT IS HEREBY ORDERED:  Defendant's responsive pleading shall be filed on or before November 18, 2005.

IT IS SO ORDERED.

    **Dated:   October 31, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE