UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>ADKINSON, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00211-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 32)<br><br>**ORDER DENYING [PRE-DISCOVERY] MOTION FOR SUMMARY JUDGMENT** (Doc. 14) |

    Plaintiff, Desha M. Carter ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 22, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within fifteen (15) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.   The Findings and Recommendation, filed February 22, 2006, are ADOPTED IN FULL; and,

     2.   Plaintiff's motion for [pre-discovery] summary judgment, filed August 12, 2005, is DENIED, without prejudice to refiling at a later date, after the parties have had the opportunity to conduct discovery.

IT IS SO ORDERED.

**Dated:   March 28, 2006**                    /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE