IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DESHA CARTER,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**D. ADKINSON,**<br><br>                              Defendant. | Case No. 1:05-cv-0211 OWW DLB P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

   The Court, having considered Defendant's request for an extension of time to file a motion for summary judgment, and good cause having been found.

   IT IS HEREBY ORDERED:  The deadline for both parties to file a dispositive motion is extended to January 8, 2007.

    IT IS SO ORDERED.

   Dated:   **December 1, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                                        UNITED STATES MAGISTRATE JUDGE