UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER, | 1:05-cv-00211-LJO-DLB-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 49) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 42) |
| D. ADKINSON, | |
| Defendant. | **ORDER CONCLUDING ENTIRE ACTION** |

Plaintiff, Desha Carter ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed on or before August 20, 2007.  On August 13, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed July 23, 2007, are ADOPTED IN FULL;

2.   Defendant's motion for summary judgment, filed January 8, 2007, is GRANTED; and,

3.   This action is therefore CONCLUDED in its entirety.

IT IS SO ORDERED.

**Dated:    September 19, 2007**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE